01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARCOS D. ARMENDARIZ,              )
                                  )
        Plaintiff,                )     Case No. C05-984-JCC-JPD
                                  )
        v.                        )
                                  )
JO ANNE B. BARNHART, Commissioner )     ORDER OF REMAND
of Social Security Administration, )
                                  )
        Defendant.                )
_____ )

        The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and

in opposition to that complaint, the Report and Recommendation of the Honorable James P.

Donohue, United States Magistrate Judge, and the remaining record, does hereby find and

ORDER:

        (1)     The Court adopts the Report and Recommendation;

        (2)     Plaintiff's complaint is GRANTED, and the Commissioner's decision is

                reversed and this action is remanded to the Social Security Administration for

                further proceedings not inconsistent with this opinion; and

//

//

//

//

//

//

ORDER OF REMAND
PAGE -1

01    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge

02            Donohue.

03    DATED this 8th day of March, 2006.

04

05

06

07

08                                John C. Coughenour

09                                United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF REMAND
PAGE -2